NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**05-1308**

**BRIDGET HUIE, ET AL.**

**VERSUS**

**CITY OF LEESVILLE**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 69,445
HONORABLE JOHN C. FORD, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**OSWALD A. DECUIR**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Oswald A. Decuir, and Billy Howard Ezell, Judges.

**AFFIRMED.**

**Jack L. Simms, Jr.**
**Attorney at Law**
**P. O. Box 1554**
**Leesville, LA 71496**
**(337) 238-9393**
**Counsel for Plaintiffs/Appellees:**
   **Bridget Huie**
   **John H. Lewallen**
   **Robert Huie**

**Joe Payne Williams**
**Attorney at Law**
**Post Office Box 15**
**Natchitoches, LA 71458-0015**
**(318) 352-6695**
**Counsel for Defendant/Appellee:**
   **Louisiana Farm Bureau Casualty Insurance Company**

**Randall B. Keiser**
**Keiser Law Firm, P.L.C.**
**P.O. Box 12358**
**Alexandria, LA 71315-2358**
**(318) 443-6168**
**Counsel for Defendant/Appellant:**
**City of Leesville**